

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLAR RECOVERY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOLFO SANCHEZ, <br><br> Defendant. | Case No. CV 13-5394-UA (DUTYx) <br><br> ORDER RE: SUMMARY REMAND DUE TO IMPROPER REMOVAL |

On July 25, 2013, Adolfo Sanchez lodged a Notice of Removal and an application to proceed *in forma pauperis*. Plaintiff brought suit in a straight-forward state court action alleging one claim of Common Counts in the Los Angeles County Superior Court. The Court has denied the aforementioned application under separate cover because this action was not properly removed. As a result, the Court issues this Order to remand the action to state court.

Plaintiff could not have brought this action in federal court based on federal question jurisdiction because the underlying matter is a straight-forward action alleging only one claim of Common Counts. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity jurisdiction was to be asserted as a basis for removal, the Court notes

1

that the amount in controversy in the state court action does not exceed $75,000, excluding interest and costs. 28 U.S.C. §§ 1332(a), 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, 1427 West Covina Parkway, West Covina, California 91790-2799, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: _____8\4_____, 2013

_____
HONORABLE GEORGE H. KING
Chief United States District Judge

Presented by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2